PUBLIC SERVICE ELECTRIC AND GAS COMPANY, PLAIN-
TIFF-APPELLANT, v. READING COMPANY, DEFEND-
ANT-RESPONDENT.

Argued June 9, 1952—Decided June 16, 1952.

*Mr. Luke A. Kiernan* argued the cause for the appellant.

*Mr. Raymond W. Troy* argued the cause for the respondent (*Messrs. Lum, Fairlie & Foster*, attorneys; *Mr. Vincent P. Biunno*, on the brief).

PER CURIAM.  The judgment will be affirmed for the reasons expressed in the opinions of Judge Colie in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, BURLING, JACOBS and BRENNAN—5.

*For reversal*—None.